**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7325**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JUAN ANTONIO AGUILAR,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (CR-00-330, CA-02-2529)

———————

Submitted:  October 24, 2002        Decided:  October 31, 2002

———————

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Juan Antonio Aguilar, Appellant Pro Se.  Elizabeth Jean Howard, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Juan Antonio Aguilar seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000).  We have reviewed the record and conclude for the reasons stated by the district court that Aguilar has not made a substantial showing of the denial of a constitutional right.  See United States v. Aguilar, Nos. CR-00-330; CA-02-2529 (D.S.C. Aug. 16, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED